IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

JEROME CURRY,

    Plaintiff,

       v.                    CV 113-034

McDUFFIE COUNTY SUPERIOR
COURT, HAROLD A. HINESLEY,
and McDUFFIE COUNTY DISTRICT
ATTORNEY,

    Defendant.

## ORDER

Presently pending before the Court are Plaintiff's "Motion for Leave to Amend Complaint for Temporary Restraining Order and Demand for Federal Court to Step In and Conduct Investigation A.S.A.P." and Motion for Reconsideration. (Doc. nos. 32, 33.) This Court dismissed Plaintiff's suit *without prejudice* as a sanction for abuse of the judicial process because Plaintiff lied about his filing history under penalty of perjury. (Doc. no. 30.) In doing so, the Court addressed Plaintiff's contention that he did not intentionally provide false information and also denied Plaintiff's request for free copies of the record. (See id. at 2, 4.)

In his Motion for Reconsideration, Plaintiff seeks for the Court to (1) reconsider its Order dismissing the case, (2) allow Plaintiff to amend the Complaint, (3) send Plaintiff all documents on the record, and (4) send Plaintiff instructions on "what Plaintiff must do now" and how to refile the case in South Carolina. With respect to Plaintiff's request for instructions, this case was dismissed without prejudice. Consequently, Plaintiff may refile where he sees fit. However, the Court makes no comment as to the propriety of any such suit and will not provide any instructions on how to do so. This Court does not exist to dispense legal advice to its litigants. See In re Unsolicited Letters to Federal Judges, 120 F. Supp. 2d 1073, 1073-74 (S.D. Ga. 2000). As to Plaintiff's other requests, they were addressed in the Court's August 13, 2013 Order dismissing the case (doc. no. 30), which is now on appeal (see doc. no. 34). Due to the pending appeal, this Court does not have jurisdiction to reconsider the matters addressed in the August 13, 2013 Order. See U.S. v. Tovar-Rico, 61 F.3d 1529, 1532 (11th Cir. 1995) ("The filing of a notice of appeal is an event of jurisdictional significance - it confers jurisdiction on the court of appeals and divests the district court of its control over the aspects of the case involved in the appeal."). Accordingly, Plaintiff's Motion for Reconsideration (doc. no. 33) is **DENIED**.

In his "Motion for Leave to Amend Complaint for Temporary Restraining Order and Demand for Federal Court to Step In and Conduct Investigation A.S.A.P.," Plaintiff raises a host of new, conclusory allegations regarding the prison's failure to provide mental health treatment, an incident where Plaintiff was pushed and hit by prison officials, the unsanitary conditions of his cell, a prison official's threat to retaliate if Plaintiff does not shave, and the prison's failure to follow certain disciplinary procedures. Plaintiff asks this Court to investigate these issues before his release date of September 11, 2013. As this case has been dismissed, the Court will not entertain motions raising new allegations. Accordingly, Plaintiff's motion (doc. no. 32) is hereby **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 6th day of September, 2013.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA